IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RODNEY HUNT, INDIVIDUALLY, AND
ON BEHALF OF THE WRONGFUL DEATH
HEIRS AND ESTATE OF DELMA LOUISE HUNT

VS                                          CIVIL ACTION NUMBER: 5:06-CV-166BrR

MID-SOUTH HEALTH CARE ASSOCIATES
d/b/a YAZOO CITY HEALTH AND REHAB
CENTER; NATIONAL HERITAGE REALTY,
INC.; BOYD P. GENTRY, LICENSEE; GEORGE
D. MORGAN, LICENSEE; LISSA COLLINS,
ADMINISTRATOR AND JOHN DOES 1-10                    DEFENDANTS

## UNOPPOSED ORDER GRANTING ADDITIONAL TIME

**THIS CAUSE THIS DAY** came on defendants' *ore tenus* motion for additional time

(one business day) to file a response to plaintiff's motion to remand and to plaintiff's motion

to amend complaint and the court, being advised by defense counsel that plaintiff's counsel

through Martin Crump, Esq., has no objection to the request, having considered same and

being otherwise fully advised in the premises, finds that said motion is well taken and should

be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the defendant's *ore*

*tenus*  motion for additional time to file a response to plaintiff's motion to remand and to

plaintiff's motion to amend complaint should be, and hereby is granted, and said responses

will be due on or before Monday, January 29, 2007.

**SO ORDERED** this the 29th day of January, 2007.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE

<u>Presented by:</u>                                    -2-

Faye M. James, Esquire MSB #2990
Wilkins, Stephens & Tipton, P.A.
Post Office Box 13429
Jackson, Mississippi 39236-3429
Phone:  601-366-4343
Fax:  601-981-7608