IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN  DIVISION


HUNT                                                              PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:06v166DCB-JMR

MID-SOUTH                                                         DEFENDANT

<u>ORDER OF DISMISSAL</u>

   The parties having agreed to and announced to the Court a settlement of this case,

and the Court being desirous that this matter be finally closed on its docket,

    IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice

as to all parties. If any party fails to consummate this settlement within (90) days , any aggrieved

party may reopen the case for enforcement of the settlement agreement within ten days, and if

successful , all additional attorneys' fees and costs from this date shall be awarded such aggrieved

party or parties against the party failing to consummate the agreement, The Court specifically

retains jurisdiction to enforce the settlement agreement.

   SO ORDERED, this the 9th day of August , 2007.


        s/John M. Roper Sr.
        UNITED STATES MAGISTRATE JUDGE