IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RODNEY HUNT, INDIVIDUALLY, AND
ON BEHALF OF THE WRONGFUL DEATH
HEIRS AND ESTATE OF DELMA LOUISE HUNT

VS      CIVIL ACTION NUMBER:5:06-CV-166-DCB-JMR

MID-SOUTH HEALTH CARE ASSOCIATES
d/b/a YAZOO CITY HEALTH AND REHAB
CENTER; NATIONAL HERITAGE REALTY,
INC.; BOYD P. GENTRY, LICENSEE; GEORGE
D. MORGAN, LICENSEE; LISSA COLLINS,
ADMINISTRATOR AND JOHN DOES 1-10;
UNIDENTIFIED ENTITIES 1-10      DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come before the Court on the joint motion, *ore tenus*, of plaintiff and defendants, for a judgment of dismissal and the Court, being advised in the premises, and being further advised that the parties have reached an agreed settlement of this matter, finds that said motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that all claims and causes of action raised in the above styled case, as to all defendants are hereby dismissed with prejudice and with each party to bear their costs.

**SO ORDERED**, this the   21st    day of April , 2010.


  s/David Bramlette
  JUDGE

**AGREED TO AND APPROVED TO:**


    /s/  Martin D. Crump
Martin D. Crump, Esquire  [MSB# 10652]
Davis & Feder, P.A.
1712  15th Street
Post Office Drawer 6829
Gulfport, Mississippi  39506
Attorney for Plaintiff



    /s/ Sharon Moncure Mangum
Sharon Moncure Mangum (MSB #100687)
Wilkins Tipton, P.A.
One LeFleur's Square
4735 Old Canton Road
Post Office Box 13429
Jackson, Mississippi 39236-3429
Phone:  601-366-4343
Fax:  601-981-7608
Attorneys for Defendants